1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
2 | GREGORY F. HURLEY, Cal. Bar No. 126791
3 | ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
4 | mchilleen@sheppardmullin.com
650 Town Center Drive, 4th Floor
5 | Costa Mesa, California 92626-1993
Telephone: 714.513.5100
6 | Facsimile: 714.513.5130

7 | Attorneys for Defendant
THE CONTAINER STORE, INC.
8

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

11

12 | CHERYL THURSTON, an individual,          Case No.

13 |        Plaintiff,                        **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**

14 |     v.

15 | THE CONTAINER STORE, INC., a            San Bernardino Superior Court
Texas corporation; and DOES 1-10,         Case Number: CIVDS 1619225
16 | inclusive,

17 |        Defendants.

18 |                                          Trial Date: None Set

---

SMRH:480066974.1                              NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

1 **TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that defendant THE CONTAINER STORE, INC., ("Defendant") hereby removes to this Court the state court action described below:

### I.    FILING OF THE COMPLAINT.

1.    On November 14, 2016, plaintiff CHERYL THURSTON ("Plaintiff") commenced an action in the Superior Court of the State of California for the County of San Bernardino, Case Number CIVDS 1619225, by filing a Complaint entitled "***Cheryl Thurston, an individual v. The Container Store, Inc., a Texas corporation; and DOES 1-10, inclusive***."

2.    Defendant was served with a copy of the Complaint on December 14, 2016.  Attached as Exhibit "A" to this Notice of Removal are true and correct copies of all of the pleadings, processes and orders that have been served upon HD and filed in the State Court Action.  Defendant has not yet responded to the Complaint.  There are no other named defendants.

### II.    THIS COURT HAS FEDERAL QUESTION JURISDICTION.

3.    This action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443, in that it appears from the Complaint that Plaintiff has filed a civil rights action, and that Plaintiff's claims are founded on a claim or right arising under the laws of the United States.

4.    The Complaint alleges civil rights violations under the Americans with Disabilities Act, 42 U.S.C.  § 12182 *et seq.* (Complaint ¶21: "Defendant is also violating the Unruh Civil Rights Act, California Civil Code § 51 *et seq.* in that the conduct alleged herein constitutes a violation of the ADA, 42 U.S.C. § 12101 *et seq.*").  On information and belief, Plaintiff and her counsel have

filed a number of nearly-identical form lawsuits against a host of different businesses alleging that their websites violate the ADA.  In these lawsuits, Plaintiff relies almost exclusively on federal law in an attempt to prove her claims.  In addition, the issues presented in this lawsuit, namely what standards a business should adopt for its website in order to comply with the ADA, presents a question of substantial federal interest.  This is particularly true in the absence of any promulgated regulations from the Department of Justice.  Moreover, as there are no regulations that have been issued concerning website accessibility, Plaintiff must be pleading a violation of the ADA statute itself.

### III. **THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED.**

5. The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(a).

6. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal within the law division of the Superior Court of California, County of San Bernardino, as further required by that Section.

7. Venue is proper in this Court because the action is being removed from the Superior Court in the County of San Bernardino.

8. The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against it in the Superior Court of the County of San Bernardino be removed to this Court.

1 | Dated: December 28, 2016

2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4 | By    /s/ Gregory F. Hurley
5 | GREGORY F. HURLEY

6 | Attorneys for Defendant
7 | THE CONTAINER STORE, INC.